# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA
# WILKES-BARRE DIVISION

IN RE:

ROBERT J. LYLES                                      CASE NO. 5:25-BK-02304-MJC
                                                                             CHAPTER 7

    Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that the firm of EVANS PETREE PC will represent the interests of TD Bank, N.A., successor in interest to TD Auto Finance LLC ("TD Bank"), in the above-captioned case.

The undersigned requests that the name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for TD Bank, as follows:

    Jacob Zweig, Esq.
    EVANS PETREE PC
    1715 Aaron Brenner Drive, Suite 800
    Memphis, TN 38120

                                                                 /s/ Jacob Zweig
                                                                 Jacob Zweig, Esq. (PA Bar No. 331327)
                                                                 EVANS PETREE PC
                                                                 Attorneys for TD Bank
                                                                 1715 Aaron Brenner Drive, Suite 800
                                                                 Memphis, TN 38120
                                                                 (901) 525-6781 telephone
                                                                 (901) 374-7486 fax
                                                                 jzweig@evanspetree.com