In re:  Case No. 25-02304-MJC
Robert J Lyles  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: admin      Page 1 of 3
Date Rcvd: Nov 28, 2025      Form ID: 318      Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert J Lyles, 7 Orchard St, Trucksville, PA 18708-1618 |
| 5734711 | + | Blatt, Hasenmiller, Leibsker & Moore,LLC, 5 Great Valley Parkway, Suite 100, Malvern, PA 19355-1426 |
| 5734714 | + | Casey Crespo, 7 Orchard St, Shavertown, PA 18708-1618 |
| 5734720 | + | Commonwealth Physicians Network, PO Box 14000, Belfast, ME 04915-4033 |
| 5734724 | | David J. Apothaker, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5734728 | + | Fellerman & Ciarimboli Law, PC, 436 Biden St, Suite 100, Scranton, PA 18503-1924 |
| 5734732 | + | Law Offices of Hayt, Hayt & Landau, LLC, 2 Industrial Way W, Eatontown, NJ 07724-2279 |
| 5734733 | + | Loan Asset Holdings Trust 2021, 510 Madison Avenue, 21st Floor, New York, NY 10022-5730 |
| 5734738 | + | Molly Company, 1063 Highland Dr, Shavertown, PA 18708-9501 |
| 5734747 | | TD Auto Finance, 2777 Franklin Rd., Farmington, MI 48334 |
| 5734751 | + | UGI, PO Box 15503, Wilmington, DE 19850-5503 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5734705 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Nov 28 2025 18:57:01 | Affirm, Attn: Bankruptcy Notice, 30 Isabella St Ste 4, Pittsburgh, PA 15212-5862 |
| 5734706 | ^ | MEBN | Nov 28 2025 18:49:17 | Apothaker Scian P.C., 520 Fellowship Rd Ste C306, Mount Laurel, NJ 08054-3410 |
| 5734707 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 28 2025 18:51:00 | Apple Card/GS Bank USA, PO Box 7247, Philadelphia, PA 19170-0001 |
| 5734709 | | Email/Text: dltlegal@hab-inc.com | Nov 28 2025 18:51:00 | Berkheimer Tax Innovations, PO Box 21690, Lehigh Valley, PA 18002 |
| 5734708 | | EDI: BANKAMER | Nov 28 2025 23:57:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5734710 | | EDI: CITICORP | Nov 28 2025 23:57:00 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5734717 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 28 2025 18:51:00 | Citizens One, 480 Jefferson Boulevard, Warwick, RI 02886 |
| 5734721 | | Email/Text: correspondence@credit-control.com | Nov 28 2025 18:51:00 | Credit Control LLC, 3300 Rider Trl S Ste 500, Earth City, MO 63045-1338 |
| 5734723 | | Email/Text: skeller@crossriver.com | Nov 28 2025 18:51:00 | Cross River Bank, 885 Teaneck Rd, Teaneck, NJ 07666-4505 |
| 5734712 | | Email/Text: cms-bk@cms-collect.com | Nov 28 2025 18:51:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 5734713 | + | EDI: CAPITALONE.COM | Nov 28 2025 23:57:00 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5734715 | + | Email/Text: bankruptcy@cavps.com | Nov 28 2025 18:52:00 | Cavalry Portfolio Services, 1 American Lane, |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| | | | Suite 220, Greenwich, CT 06831-2563 |
| 5734716 | EDI: CITICORP | Nov 28 2025 23:57:00 | Citibank NA, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 5734718 | + EDI: WFNNB.COM | Nov 28 2025 23:57:00 | Comenity Bank/ Kay Jewelers, 3095 Loyalty Circle, Building A, Columbus, OH 43219-3673 |
| 5734719 | EDI: WFNNB.COM | Nov 28 2025 23:57:00 | Comenity Capital/Ulta MC, PO Box 182120, Columbus, OH 43218-2120 |
| 5734722 | Email/PDF: creditonebknotifications@resurgent.com | Nov 28 2025 18:56:59 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5734725 | Email/PDF: DellBKNotifications@resurgent.com | Nov 28 2025 18:57:01 | Dell Financial Services, PO Box 81577, Austin, TX 78708-1577 |
| 5734726 | EDI: DISCOVER | Nov 28 2025 23:57:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5734727 | EDI: PHINGENESIS | Nov 28 2025 23:57:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 5734729 | + Email/Text: bankruptcy.notices@hdfsi.com | Nov 28 2025 18:52:00 | Harley Davidson Financial, 4150 Technology Way, Carson City, NV 89706-2026 |
| 5734730 | EDI: JEFFERSONCAP.COM | Nov 28 2025 23:57:00 | Jefferson Capital LLC, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 5734731 | + EDI: JPMORGANCHASE | Nov 28 2025 23:50:00 | JPMorgan Chase Bank, PO Box 15369, Wilmington, DE 19850-5369 |
| 5734735 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2025 18:56:59 | LVNV Funding LLC, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 5734734 | EDI: SYNC | Nov 28 2025 23:50:00 | Lowes/Synchrony Bank, PO Box 530914, Atlanta, GA 30353-0914 |
| 5734743 | Email/Text: cscommunications@mrvbanks.com | Nov 28 2025 18:51:00 | Revvi/MRV Banks, PO Box 85800 Ste 300, Sioux Falls, SD 57118-3426 |
| 5734736 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2025 18:52:00 | Midland Credit Management, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 5734737 | Email/Text: bankruptcydpt@mcmcg.com | Nov 28 2025 18:52:00 | Midland Credit Management Inc, 320 E Big Beaver Rd Ste 300, Troy, MI 48083-1271 |
| 5734740 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2025 18:51:00 | PNC Bank, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 5734739 | Email/Text: Bankruptcy.Notices@pnc.com | Nov 28 2025 18:51:00 | PNC Bank, PO Box 5580, Cleveland, OH 44101-4747 |
| 5734741 | EDI: PRA.COM | Nov 28 2025 23:57:00 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5734742 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 28 2025 18:57:01 | Resurgent Acquisitions LLC, 55 Beattie Pl Ste 110, Greenville, SC 29601-5115 |
| 5734744 | EDI: SYNC | Nov 28 2025 23:50:00 | Synchrony Bank, PO Box 960006, Orlando, FL 32896-0006 |
| 5734745 | EDI: SYNC | Nov 28 2025 23:50:00 | Synchrony Bank/Harbor, PO Box 71746, Philadelphia, PA 19176-1746 |
| 5734746 | ^ MEBN | Nov 28 2025 18:49:17 | Synovus Bank/First Digital, PO Box 85650, Sioux Falls, SD 57118-5650 |
| 5738921 | + Email/Text: bncgeneral@evanspetree.com | Nov 28 2025 18:51:00 | TD Bank, N.A., successor in interest to TD Auto Fi, c/o Jacob Zweig, Esq., EVANS PETREE PC, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| 5734749 | Email/Text: jcissell@bankofmissouri.com | Nov 28 2025 18:51:00 | The Bank Of Missouri, 216 W 2nd St, Dixon, MO 65459-8048 |

| | | | | |
|---|---|---|---|---|
| 5734748 | | Email/Text: jcissell@bankofmissouri.com | Nov 28 2025 18:51:00 | The Bank of Missouri, PO Box 400, Dixon, MO 65459-0400 |
| 5734750 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 28 2025 18:51:00 | The Bank of Missouri/Aspire MC, 5 Concourse Pkwy, Atlanta, GA 30328-5350 |
| 5734753 | | EDI: USBANKARS.COM | Nov 28 2025 23:57:00 | US Bank, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5734752 | | Email/Text: BAN5620@UCBINC.COM | Nov 28 2025 18:51:00 | United Collection Bureau, Inc., 5620 Southwyck Blvd Ste 206, Toledo, OH 43614-1501 |
| 5734754 | + | EDI: AGFINANCE.COM | Nov 28 2025 23:50:00 | Webbank/OneMain, PO Box 3316, Evansville, IN 47732-3316 |
| 5734755 | + | EDI: COMCASTCBLCENT | Nov 28 2025 23:50:00 | Xfinity, 676 ISLAND POND RD, Manchester, NH 03109-5420 |

TOTAL: 42

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Nov 30, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Robert J Lyles usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jacob Zweig | on behalf of Creditor TD Bank N.A., successor in interest to TD Auto Finance LLC jzweig@evanspetree.com, crecord@evanspetree.com |
| Jill E. Durkin | jilldurkinesq@gmail.com PA92@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Robert J Lyles<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–7127<br>EIN: __–_____ | |
| Debtor 2 (Spouse, if filing):<br>First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court  Middle District of Pennsylvania | | |
| Case number: 5:25–bk–02304–MJC | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert J Lyles
aka Robert Lyles, aka Robert Joseph Lyles

11/27/25

**By the court:**

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2